Susan B. Cowger, Paul David Macaluso, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Floyd Frederick McCrary, pro se, Dallas, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender (FPD), court-appointed appellate counsel for defendant Floyd Frederick McCrary, has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McCrary has filed a "Motion to Find Legal Points Arguable on the Merits," which is treated, in part, as a motion for the appointment of counsel.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. The FPD's motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Because there is no nonfrivolous issue for appeal, McCrary's motion for the appointment of counsel is DENIED. *Cf. United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

We decline to address the ineffective assistance claims raised by McCrary in this proceeding. *See United States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998). Our decision is without prejudice to McCrary's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See Massaro v. United States*, 538 U.S. 500, 123 S.Ct. 1690, 1694, 155 L.Ed.2d 714 (2003).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ANDERS MOTION GRANTED; APPEAL DISMISSED; MOTION FOR THE APPOINTMENT OF COUNSEL DENIED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Grayson Guadalupe GRIFFIN, Defendant–Appellant.

No. 03–10186.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2003.

Nancy E. Larson, Assistant US Attorney, Aisha Saleem, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Grayson Guadalupe Griffin, pro se, Tennessee Colony, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, appointed to represent Grayson Guadalupe Griffin,

has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). A copy of counsel's motion and brief were sent to Griffin, but he has not filed a response. Our review of the brief and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.